## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CARLOTTA JENKINS, *pro se*,

    Plaintiff,

v.                                            CASE NO: 8:10-CV-2635-T-30TBM

TAMPA HOUSING AUTHORITY, et al.,

    Defendants.
_____/

### **ORDER**

This cause comes before the Court *sua sponte*. A review of the file indicates that Plaintiff has failed to comply with this Court's Order (Dkt. #5) of January 25, 2011, which directed Plaintiff to submit an amended Affidavit of Indigency form and an Amended Complaint in compliance with Rule 8 of the Federal Rules of Civil Procedure. In addition, Plaintiff has failed to respond to this Court's Order to Show Cause (Dkt. #6) entered on February 23, 2011, which directed Plaintiff to show cause why this action should not be dismissed. It is therefore

    ORDERED AND ADJUDGED that:

    1.    This case is dismissed without prejudice.

    2.    Any pending motions are denied as moot.

    3.    The Clerk shall close the file.

    **DONE** and **ORDERED** in Tampa, Florida on March 16, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

S:\Odd\2010\10-cv-2635.dismissal.wpd